UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTI KIUPEL,

    *Plaintiff,*

v.

THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, MICHIGAN STATE UNIVERSITY, TERESA K. WOODRUFF, *in her individual and official capacity,* BIRGIT PUSCHNER, *in her individual and official capacity,* DALEN W. AGNEW, *in his individual and official capacity,* KIMBERLY DODD, *in her individual and official capacity,* NICOLE SCHMIDTKE, *in her individual capacity,* DOUGLAS FREEMAN, *in his individual and official capacity,* and KATHYANN LEWLESS, *in her individual capacity,* and THOMAS D. JEITSCHKO, *in his individual capacity and official capacity,*

    *Defendants.*

**Civil Action No. 2:24-cv-11672**

**Judge** Matthew F. Leitman

BOGAS & KONCIUS P.C.
Brian E. Koncius (P69278)
Attorneys for Plaintiff
31700 Telegraph Road, Suite 160
Bingham Farms, MI  48025
(248) 502-5000
bkoncius@kbogaslaw.com
office@kbogaslaw.com

## PLAINTIFF'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff MATTI KIUPEL by and through his attorneys, BOGAS & KONCIUS, P.C., notifies this Honorable Court pursuant to Fed. R. Civ. P. 41(a)(1) of his voluntary dismissal of the Complaint filed in this matter.  The matter was inadvertently filed in the United States District Court, Eastern District of Michigan but is properly before the Western District and has been properly filed there.

        Respectfully submitted,

        BOGAS & KONCIUS P.C.


        By:   /s/Brian E. Koncius
              BRIAN E. KONCIUS (P69278)
              Attorneys for Plaintiff
              31700 Telegraph Road, Suite 160
              Bingham Farms, MI  48025
Dated:  June 27, 2024        (248) 502-5000