UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MATTI KIUPEL,

      Plaintiff,     Case No. 24-cv-11671
                                          Hon. Matthew F. Leitman

v.

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: June 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2024, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126